ORIGINAL

FILED
FEB 26 2004
U.S. COURT OF FEDERAL CLAIMS

UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AEROPLATE CONSTRUCTION CORP.<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | CASE NO. 04- 249C<br>COMPLAINT |

Plaintiff alleges:

1. The United States Court of Federal Claims has jurisdiction in this matter pursuant to 41 U.S.C. Section 609 (a) (1).

2. Plaintiff AEROPLATE CONSTRUCTION CORP. ("AEROPLATE") is, and at all times herein mentioned was a corporation duly organized and existing under and by virtue of the laws of the State of California.

3. Defendant THE UNITED STATES OF AMERICA is, and at all times herein mentioned was, acting by and through the NATIONAL AERONAUTICS AND SPACE ADMINISTRATION (hereinafter the "NASA"), which is, and at all times herein mentioned was, an agency of the United States.

4. On or about July 26, 2002 AEROPLATE entered into Contract NAS2-02089 with NASA by the terms of which AEROPLATE agreed to perform certain construction work known as N236 Wings A & B Roofing and HVAC Systems, NASA Ames Research Center, Moffett Field, CA under Contract NAS 2-02089, (hereinafter the "CONTRACT"). The entire CONTRACT, including plans, specifications and related contract documents, ("CONTRACT DOCUMENTS"), are voluminous and therefore not attached hereto, but are a matter of public record, and have and will be made available to all parties and are incorporated herein by this reference as though fully set forth at this point.

5. The CONTRACT was competitively bid by AEROPLATE pursuant to a Solicitation by the NASA for competitive bids. AEROPLATE submitted its competitive bid and was awarded the CONTRACT in the sum of $897,347.00 (Base bid of $623,222 and Option 01 of $274,125). The CONTRACT called for the start of the performance of work required thereby within ten (10) calendar days after receipt of the Notice to Proceed (NTP) and required completion within 180 calendar days after receipt of the NTP. The NTP was received by AEROPLATE on or about August 6, 2002, thereby establishing the completion date as February 2, 2003.

6. The CONTRACT DOCUMENTS called for the remodeling the Building N236, Wings A & B Roofing and HVAC Systems at NASA Ames Research Center at Moffett Field, CA, including the base bid requirements of remove existing roofing and insulation and replace with new roofing and insulation, remove HVAC and Electrical equipment on roof and replace with new equipment, replace all piping and ductwork on roof (except steam line), including the temporary removal and reinstallation of supply air ducts, chilled and hot water piping from HVAC and Electrical equipment for AH1-A, AH2-A and AH3-A to the terminations on the south side of Column Line 11 to facilitate base bid roofing work, install new Facility Management and Control Systems (FMCS), install new animal room temperature monitoring system, complete air and hydronic balance of the new and existing system, and asbestos and lead paint removal. Bid option one was awarded and required removal and installation of new roofing within the area from Column Lines 11 to 12 and B to D, removal and replacement of new Exhaust Fans EF1-A, EF2-A, and EF3-A and associated inlet and discharged deducting, removal and replacement of new Air Handling Units AH1-A, AH2-A, and AH3-A, including the temporary removal and reinstallation of supply air ducts, chilled and hot water piping from these units to the terminations on the south side of the Column Line 11 to facilitate base bid roofing work, the removal and replacement of or electrical and control system for EF1-A, EF2-A, EF3-A, AH1-A, AH2-A, and AH3-A, installing new Facility Management and Control Systems (FMCS) for area defined within the area from Column Lines 11 to 12 and B to D,

installing new animal room temperature monitoring system, complete air and hydronic balance for the new and existing system, and asbestos and lead paint removal.

7. AEROPLATE has timely and properly performed any and all obligations required to be performed under the CONTRACT, except as excused or delayed by NASA's failure to timely perform as more specifically set forth below.

8. By letter dated December 12, 2003 (incorporating by reference AEROPLATE'S letter of November 4, 2003), AEROPLATE forwarded a claim(s) for the estimated increased direct costs and delays related to FM #12 Roof Redesign, FM #15 Air Handler Delays, FM # 38 Re-balance Chilled and Hot Water Control Loops for the HVAC System, FM #18 Asbestos Abatement Conflict, FM # 41 Upgrade Undersized Breaker, Fiberglass Corrugated roofing Removal and Replacement at Line 12, FAR 31.205-33 Professional Consulting Services, delay damages, weather delays, the liquidated damages withheld and for retentions still unpaid to date and requested a Final Decision of the Contracting Officer in the in the approximate sum of Two Hundred Fifty One Thousand, Four Hundred and Five Dollars ($251,405.23). The claim(s) was certified as required by the Contract Disputes Act. By letter dated February 12, 2004, the Contracting Officer issued a Final Decision partially granting and partially denying AEROPLATE's claim(s). The Contracting Officer agreed to entitlement for $40, 650.48 and a 48 calendar day time extension. Therefore, in accordance with the Contract Disputes Act, AEROPLATE appeals that portion of the decision of the Contracting Officer that denies AEROPLATE's claim(s).

9. As a direct and proximate result of the foregoing, AEROPLATE has suffered damages as and for direct costs, delay, disruption, inefficiency, impact and extended home and field office overhead and liquidated damages in the approximate sum of Two Hundred Ten Thousand, Seven Hundred and Fifty four Dollars and seventy five cents ($210,754.75).

10. AEROPLATE has and will continue to suffer further, other and additional damages, the precise sum of which is not presently known. AEROPLATE will amend its Complaint when the same are ascertained or upon proof thereof at trial. In addition to the

foregoing, AEROPLATE is entitled to interest as provided by the Contract Disputes Act from the date on which the component parts of the foregoing sum became due.

and proper.

WHEREFORE PLAINTIFF PRAYS FOR RELIEF AS FOLLOWS:

1. For damages in the amount of Two Hundred Ten Thousand, Seven Hundred and Fifty four Dollars and seventy five cents ($210,754.75) together with interest thereon from a date according to proof under the Contract Disputes Act;

2. For reasonable attorneys' fees incurred herein in accordance with EAJA;

3. For costs of suit incurred herein; and

4. For such other and further relief as the court may deem just and proper.

Dated: February 20, 2004

Respectfully submitted,

William L. Bruckner
BRUCKNER & WALKER
4550 Kearny Villa Road, Ste 209
San Diego, CA 92123
(858) 565-8300 Telephone
(858) 565-0813 Facsimile
WBRUCK7413@aol.com

Attorneys for Aeroplate Construction Corp.