# In the United States Court of Federal Claims

## ORDER

AEROPLATE CONSTRUCTION CORP.

No. 04-249C

v.

THE UNITED STATES

Washington, D.C., March 15, 2004

Please take notice that in the above ECF case, plaintiff's disclosure statement, received on March 9, 2004, shall be RETURNED UNFILED. Consistent with General Order No. 2003-42, plaintiff shall re-file its disclosure statement electronically.

s/John P. Wiese
John P. Wiese
Judge