UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AEROPLATE CONSTRUCTION CORP.<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | CASE NO. 04-249C<br><br>DISCLOSURE STATEMENT |

Plaintiff AEROPLATE CONSTRUCTION CORP. ("AEROPLATE") a nongovernmental corporate party to this action in the UNITED STATE COURT OF FEDERAL CLAIMS states that there is no such parent corporation and or publicly held corporation that owns 10% or more of its stocks.

Dated: February 27, 2004

Respectfully submitted,

W B

William L. Bruckner
BRUCKNER & WALKER
4550 Kearny Villa Road, Ste 209
San Diego, CA 92123
(858) 565-8300 Telephone
(858) 565-0813 Facsimile
WBRUCK7413@aol.com

Attorneys for Aeroplate Construction Corp.