# In the United States Court of Federal Claims

## ORDER

AEROPLATE CONSTRUCTION CORP.

No. 04-249C

v.

THE UNITED STATES

Washington, D.C., April 6, 2004

Please take notice that in the above case, plaintiff's disclosure statement, received on April 2, 2004, shall be FILED BY LEAVE. For all future filings, plaintiff's counsel shall comply with RCFC 5.3(g) and General Order No. 2003-42, Section IV, ¶ 14.

s/John P. Wiese
John P. Wiese
Judge