# In the United States Court of Federal Claims

## ORDER

AEROPLATE CONSTRUCTION CORP.

No. 04-249C

v.

THE UNITED STATES

Washington, D.C., May 3, 2004

Please take notice that in the above case, there has been entered this day on defendant's motion, filed April 22, 2004, for an enlargement of time, to and including June 25, 2004, within which to respond to plaintiff's complaint,

the following Order:

**ALLOWED.**

s/John P. Wiese
John P. Wiese
Judge