IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AEROPLATE CONSTRUCTION CORP., Plaintiff, | No. 04-249C (Judge Wiese) |
| v. | |
| THE UNITED STATES, Defendant. | |

JOINT PRELIMINARY STATUS REPORT

Pursuant to Rule 16 and Appendix A of the Rules of the United States Court of Federal Claims ("RCFC"), plaintiff and defendant respectfully submit the following joint preliminary status report:

a. Jurisdiction

Plaintiff states that the Court has jurisdiction to consider and decide this action pursuant to 28 U.S.C. § 1491. Defendant is currently unaware of any basis upon which to challenge the Court's jurisdiction.

b. Consolidation

The parties agree that this case should not be consolidated with any other case.

c. Bifurcation

The parties agree that trial of liability and damages should not be bifurcated.

d. Deferral

The parties agree that further proceedings in this case should not be deferred pending consideration of another case before this Court or any other tribunal.

e. Remand/Suspension

The parties agree that no remand or suspension will be sought.

f. Joinder

The parties agree that no additional parties will be joined.

g. Dispositive Motions

At this time, the parties cannot state whether dispositive motions will be filed. After discovery has been completed, either party may submit a motion for summary judgment pursuant to RCFC 56, or both parties may submit cross motions.

h. Relevant Issues

(1) Whether the National Aeronautics and Space Administration ("NASA") is liable for any delay, increased costs, or overhead damages resulting from plaintiff's alleged roof redesign.

(2) Whether NASA is liable for any delay damages, or direct costs resulting from plaintiff's work on the air handlers (HVAC) system.

(3) Whether NASA is liable for plaintiff's expenses associated with a hired consultant.

(4) Whether NASA is liable for direct costs, delays and delay damages associated with asbestos abatement, upgrade undersized breaker and fiberglass roofing removal and replacement.

i. Settlement

At this time, the parties cannot state whether this case can be settled. If deemed warranted, the parties will pursue settlement negotiations as the litigation progresses.

j. Trial

As stated above, after discovery has been completed, one or both parties may seek summary judgment pursuant to RCFC 56. If dispositive motions are not submitted, or if they are not completely dispositive of this action, the parties anticipate proceeding to trial. At this time, the parties do not request expedited trial scheduling.

k. Additional Information

There is no additional information of which the Court should be aware at this time.

l. Proposed Discovery Plan

Counsel for both parties intend to conduct simultaneous discovery through interrogatories, requests for admission, requests for production of documents, and depositions. The

parties propose a discovery deadline of April 8, 2005.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker

KATHRYN A. BLEECKER
Assistant Director

s/ William Bruckner

WILLIAM BRUCKNER
Bruckner & Walker
4550 Kearny Villa Road
STE 209
San Diego, CA 92131
Tel: (858) 565-8300
Fax: (858) 565-0813

Attorney for Plaintiff

September 7, 2004

s/ Claudia Burke

CLAUDIA BURKE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
Tel: (202) 353-9063
Fax: (202) 307-0972

Attorneys for Defendant

September 7, 2004

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 7th day of September, 2004, a copy of the foregoing Joint Preliminary Status Report was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Claudia Burke