# In the United States Court of Federal Claims

No. 04-249C
Filed: September 21, 2004

AEROPLATE CONSTRUCTION CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

ORDER

SCHEDULING PRELIMINARY STATUS CONFERENCE

---

Pursuant to the agreement of the parties, a preliminary status conference is scheduled for 2:30 p.m. E.D.T., Tuesday, October 19, 2004, at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C. The courtroom designation will be posted on the bulletin board in the lobby of the courthouse. The proceedings will be transcribed. Counsel for plaintiff may appear by telephone.

s/John P. Wiese
John P. Wiese
Judge