# In the United States Court of Federal Claims

No. 04-249C
Filed: October 21, 2004

AEROPLATE CONSTRUCTION CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

ORDER

RESCHEDULING PRELIMINARY STATUS CONFERENCE

The preliminary status conference previously scheduled for October 19, 2004, has been rescheduled and will be held at 2:30 p.m. E.D.T. on Tuesday, October 26, 2004, at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C. The courtroom designation will be posted on the bulletin board in the lobby of the courthouse. The proceedings will be transcribed. Counsel for plaintiff may appear by telephone.

s/John P. Wiese
John P. Wiese
Judge