# In the United States Court of Federal Claims

No. 04-249C
Filed: October 26, 2004

| | |
|---|---|
| AEROPLATE CONSTRUCTION CORP., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

---

ORDER

(i) SETTING DISCOVERY DEADLINE

(ii) DIRECTING MEETING BETWEEN PARTIES

and

(iii) SCHEDULING POST-DISCOVERY CONFERENCE

---

As discussed during the preliminary status conference held this date, discovery shall be completed on or before April 8, 2005.

Upon completion of discovery, the parties shall meet to discuss the issues in this case. Participants at this meeting shall include the parties' respective project officers or other party representatives entrusted with supervisory responsibilities and having first-hand knowledge of the job-site problems and conditions involved. The purpose of this meeting is to provide an opportunity for a full and frank discussion of the relevant issues with a view toward their settlement without further litigation.

A post-discovery status conference shall be held at 2:30 p.m. E.D.T. on Tuesday, May 17, 2005, at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C. The courtroom designation will be posted on the bulletin board in the lobby of the courthouse. The proceedings will be transcribed. Counsel for plaintiff may appear by telephone. Counsel shall be prepared to explain the issues in this case and to identify any impediments to the settlement of those issues.

s/John P. Wiese
John P. Wiese
Judge