IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AEROPLATE CONSTRUCTION CORP., | ) | |
| Plaintiff, | ) | No. 04-249C |
| | ) | (Judge Wiese) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rules 6(b) and 26 of the Rules of the United States Court of Federal Claims, the United States respectfully requests a modification of the discovery schedule in this matter. Specifically, defendant requests that the period of discovery be enlarged by 68 days, to and including June 15, 2005. Discovery is currently scheduled to conclude on April 8, 2005 This is defendant's first request for an enlargement of time for this purpose. Government counsel has contacted plaintiff's counsel regarding this request and has been informed that the plaintiff will not oppose this motion.

The enlargement is requested for the following reasons. On March 3, 2005, Government counsel sent discovery requests to plaintiff, Aeroplate, Inc. ("Aeroplate"). We intended to conduct any necessary depositions during the first week of April, 2005. However, in the interim, Government counsel learned that she was scheduled for two oral arguments in the Federal Circuit during

the first week of April, Kirkpatrick v. Department of Veterans Affairs, Fed. Cir. No. 04-7135, argument held on April 4, 2005, and NTN Corp. v. United States, Fed. Cir. No. 04-1472, argument to be held on April 7, 2005. In addition, on April 6, 2005, the undersigned must conduct expert depositions in H&S Manufacturing, Inc. v. United States, Fed. Cl. No. 01-381, trial to commence on May 2, 2005.

Finally, during the next 30 days, Government counsel will be preparing for trial H&S Manufacturing, Inc. v. United States, Fed. Cl. No. 01-381, trial to commence on May 2; preparing the Government's response to appellants' petition for rehearing en banc in Corus Staal, BV v. Department of Commerce, Fed. Cir. No. 04-1107, due on April 8, 2005; and preparing the Government's response brief in Timken U.S. Corp. v. United States, Fed. Cir. No. 05-1158, due April 19, 1005.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed request for a 68-day enlargement of time, to and including June 15, 2005, of the discovery period. Defendant also requests that the Court order that the post-discovery status conference, currently scheduled for May 17, 2005, be postponed until after the extended discovery period closes.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Franklin E. White, JR.

FRANKLIN E. WHITE, JR.
Assistant Director

s/ Claudia Burke

CLAUDIA BURKE
Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202)353-7978
Fax: (202)514-0974

April 5, 2005

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 5th day of April, 2005, a copy of the foregoing Unopposed Motion for Enlargment, was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ CLAUDIA BURKE