# In the United States Court of Federal Claims

No. 04-249C
Filed: April 11, 2005

AEROPLATE CONSTRUCTION CORP.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

ORDER

EXTENDING DISCOVERY DEADLINE

and

RESCHEDULING POST-DISCOVERY CONFERENCE

---

Based upon a review of defendant's April 5, 2005, unopposed motion for an enlargement of time, it is hereby ORDERED:

The time within which the parties shall complete discovery is extended to and including June 15, 2005.

The post-discovery status conference currently scheduled for May 17, 2005, has been rescheduled and will be held at 2:30 p.m. E.D.T. on Tuesday, July 26, 2005, at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C. The courtroom designation will be posted on the bulletin board in the lobby of the courthouse. The proceedings will be transcribed. Counsel for plaintiff may appear by telephone.

s/John P. Wiese
John P. Wiese
Judge