# In the United States Court of Federal Claims

No. 04-249C
Filed: June 28, 2005

| | |
|---|---|
| AEROPLATE CONSTRUCTION CORP., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

RESCHEDULING STATUS CONFERENCE

The status conference scheduled for July 26, 2005, has been rescheduled and will be held at 2:30 p.m. E.D.T. on Tuesday, July 19, 2005, at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C. The courtroom designation will be posted on the bulletin board in the lobby of the courthouse. The proceedings will be transcribed. Counsel for plaintiff may appear by telephone.

s/John P. Wiese
John P. Wiese
Judge