# In the United States Court of Federal Claims

No. 04-249C
Filed: July 19, 2005

| | |
|---|---|
| AEROPLATE CONSTRUCTION CORP., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

ESTABLISHING DEADLINE

As discussed during the status conference held this date, the parties are attempting to reach a settlement in this action. Accordingly, on or before October 3, 2005, in the event a stipulation for dismissal has not previously been filed, the parties shall contact the court (Torrey Smith or Joan Goldfrank at 202-357-6652) to schedule a follow-up status conference.

s/John P. Wiese
John P. Wiese
Judge