UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AEROPLATE CONSTRUCTION CORP.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; DEPARTMENT OF NATIONAL AERONAUTICS AND SPACE ADMINISTRATION,<br><br>Defendant. | ) | USCFC No. 04-249C<br><br>Judge John P. Wiese |

**PLAINTIFF'S STATUS REPORT**

At the July 15, 2005 Status Conference, this Court granted the parties a stay of setting trial dates pending settlement discussion between the parties. The parties have agreed to meet at the location of the Project to conduct negotiations of PLAINTIFF's claims. The negotiations are to occur November 3-4, 2005.

PLAINTIFF requests this Court continue the stay of this case pending the completion of negotiations and the exchange of settlement offers. Unless this Court orders the Parties otherwise, PLAINTIFF will advise this Court of the status of negotiations on or before December 1, 2005. This Status Report has been discussed with Defendant's counsel and she has indicated concurrence with the contents of this Report.

Dated: September 30, 2005

Respectfully Submitted,

s/ William L Bruckner

William L. Bruckner
BRUCKNER & WALKER
4550 Kearny Villa Road, Ste 209
San Diego, CA 92123
((858) 565-8300 Telephone
(858) 565-0813 Facsimile
WBRUCK7413@aol.com

Attorneys for AEROPLATE Construction Corp