UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AEROPLATE CONSTRUCTION CORP.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; DEPARTMENT OF NATIONAL AERONAUTICS AND SPACE ADMINISTRATION,<br><br>Defendant. | ) | USCFC No. 04-249C<br><br>Judge John P. Wiese |

**PLAINTIFF'S STATUS REPORT**

On November 3, 2005 the parties met in NASA's counsel's office in Sunnyvale, California. Subsequent to the settlement discussions AEROPLATE, at NASA's request, provided NASA additional information on its claims.

It appears that the prognosis for settlement is acceptable enough to Plaintiff that Plaintiff requests this Court continue the stay of this case pending the completion of negotiations and the exchange of settlement offers. Defendant's counsel has suggested an additional 40 days due to the holiday season.

PLAINTIFF requests this Court continue the stay until January 13, 2006 to allow the parties to exchange offers and potentially amicably resolve PLAINTIFF's claims. This Status Report has been discussed with Defendant's counsel and she has indicated concurrence with the contents of this Report.

//

//

//

//

//

Dated: December 1, 2005

Respectfully Submitted,

s/ William L. Bruckner
BRUCKNER & WALKER
4550 Kearny Villa Road, Ste 209
San Diego, CA 92123
((858) 565-8300 Telephone
(858) 565-0813 Facsimile
WBRUCK7413@aol.com

Attorneys for AEROPLATE Construction Corp

CERTIFICATE OF SERVICE

I hearby certify under penalty of perjury that o this 1st day of December, 2005, a copy of the forgoing Status Report was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the courts system.

s/ Tiffany Adams