UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AEROPLATE CONSTRUCTION CORP.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; DEPARTMENT OF NATIONAL AERONAUTICS AND SPACE ADMINISTRATION,<br><br>Defendant. | ) | USCFC No. 04-249C<br><br>Judge John P. Wiese |

**PLAINTIFF'S STATUS REPORT**

On January 12, 2005, Plaintiff's counsel, Defendant's counsel and Agency counsel met telephonically to continue settlement discussions for a potential settlement of Plaintiff's claims. NASA has made a reasonable request for additional justification on some legal issues and the parties have made progress toward an amicable settlement.

It still appears that the prognosis for settlement is acceptable enough to Plaintiff that Plaintiff requests this Court continue the stay of this case pending the completion of negotiations and the exchange of settlement offers. On January 13, 2006 Plaintiff's counsel will undergo total replacement of his left knee at Balboa Naval Regional Medical Center, San Diego, CA, which will delay Plaintiff's response to NASA.

Plaintiff requests this Court continue the stay until February 27, 2006 to allow the Plaintiff's counsel the time to return to work after knee replacement surgery and to allow the parties to exchange offers and potentially amicably resolve Plaintiff's claims. This Status Report has been discussed with Defendant's counsel and she has indicated concurrence with the contents of this Report.

//

//

Dated: January 12, 2005

Respectfully Submitted,

s/William L. Bruckner
BRUCKNER & WALKER
4550 Kearny Villa Road, Ste 209
San Diego, CA 92123
((858) 565-8300 Telephone
(858) 565-0813 Facsimile
WBRUCK7413@aol.com

Attorneys for AEROPLATE Construction Corp

CERTIFICATE OF SERVICE

I hearby certify under penalty of perjury that o this 13th day of January, 2006, a copy of the forgoing Status Report was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the courts system.

s/ Tiffany Adams