# In the United States Court of Federal Claims

No. 04-249C
Filed: January 17, 2006

| | |
|---|---|
| | ) |
| AEROPLATE CONSTRUCTION CORP., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| THE UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

ORDER

ESTABLISHING FILING DEADLINE

Based upon a review of plaintiff's January 13, 2006, status report, on or before February 27, 2006, in the event a stipulation for dismissal has not previously been filed, plaintiff shall file a status report advising the court as to the status of settlement.

s/John P. Wiese
John P. Wiese
Judge