UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AEROPLATE CONSTRUCTION CORP.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; DEPARTMENT OF NATIONAL AERONAUTICS AND SPACE ADMINISTRATION,<br><br>Defendant. | ) | USCFC No. 04-249C<br><br>Judge John P. Wiese |

**PLAINTIFF'S STATUS REPORT**

On January 12, 2005, Plaintiff's counsel, Defendant's counsel and Agency counsel met telephonically to continue settlement discussions for a potential settlement of Plaintiff's claims. NASA has made a reasonable request for additional justification on some legal issues and the parties have made progress toward an amicable settlement. On January 13, 2006, Plaintiff's counsel underwent total replacement of his left knee at Balboa Naval Regional Medical Center, San Diego, CA.

As a result of the surgery and subsequent physical therapy Plaintiff's counsel only returned to work on February 20, 2006. Therefore Plaintiff will be unable to respond to Defendant's January 12, 2006 request for additional information until February 24, 2006.

Plaintiff requests this Court continue the stay until March 20, 2006 to allow the Defendant to consider Plaintiff's responses to Defendant's requests for additional justification and to allow parties to exchange settlement offers and potentially amicably resolve Plaintiff's claims. This Status Report has been discussed with Defendant's counsel and she has indicated concurrence with the contents of this Report.

//

//

Dated: February 21, 2006

Respectfully Submitted,

s/ William L. Bruckner
BRUCKNER & WALKER
4550 Kearny Villa Road, Ste 209
San Diego, CA 92123
((858) 565-8300 Telephone
(858) 565-0813 Facsimile
WBRUCK7413@aol.com

Attorneys for AEROPLATE Construction Corp

CERTIFICATE OF SERVICE

I hearby certify under penalty of perjury that o this 21st day of February, 2006, a copy of the forgoing Status Report was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the courts system.

s/ Tiffany Adams