UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AEROPLATE CONSTRUCTION CORP.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; DEPARTMENT OF NATIONAL AERONAUTICS AND SPACE ADMINISTRATION,<br><br>Defendant. | ) | USCFC No. 04-249C<br><br>Judge John P. Wiese |

**PLAINTIFF'S STATUS REPORT**

On January 12, 2005, Plaintiff's counsel, Defendant's counsel and Agency counsel met telephonically to continue settlement discussions for a potential settlement of Plaintiff's claims. NASA has made a reasonable request for additional justification on some legal issues and the parties have made progress toward an amicable settlement. As a result of knee replacement surgery and subsequent physical therapy Plaintiff's counsel only returned to work on February 20, 2006 and therefore Plaintiff responded to Defendant's January 12, 2006 request for additional information on February 24, 2006.

The parties began discussing settlement on March 20, 2006. Plaintiff requests this Court continue the stay until March 31, 2006 to allow the parties to exchange settlement offers and potentially amicably resolve Plaintiff's claims. If this case does not settle on or before March 31, 2006 Plaintiff will request this Court schedule this action for trial. This Status Report has been discussed with Defendant's counsel who has indicated concurrence with the contents of this Report.

Dated: March 20, 2006

Respectfully Submitted,

s/ William L. Bruckner
BRUCKNER & WALKER

4550 Kearny Villa Road, Ste 209
San Diego, CA 92123
((858) 565-8300 Telephone
(858) 565-0813 Facsimile
WBRUCK7413@aol.com

Attorneys for AEROPLATE Construction Corp

CERTIFICATE OF SERVICE

I hearby certify under penalty of perjury that o this 20th day of March 2006, a copy of the forgoing Status Report was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the courts system.

s/ Tiffany Adams