UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AEROPLATE CONSTRUCTION CORP.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; DEPARTMENT OF NATIONAL AERONAUTICS AND SPACE ADMINISTRATION,<br><br>Defendant. | ) | USCFC No. 04-249C<br><br>Judge John P. Wiese |

**PLAINTIFF'S STATUS REPORT**

The parties continue to productively and amicable negotiate settlement of this case and have exchanges settlement offers and terms. However due to a medical emergency in the immediate family of AEROPLATE's President, she has been unavailable to Plaintiff's counsel for the last two weeks.

Plaintiff's counsel is still optimistic of settlement and therefore Plaintiff requests this Court continue the stay until April 28, 2006 to allow the parties to continue to exchange settlement offers and potentially amicably resolve Plaintiff's claims. If this case does not settle on or before April 28, 2006 Plaintiff will request this Court schedule this action for trial. This Status Report has been discussed with Defendant's counsel who has indicated concurrence with the contents of this Report.

Dated: March 31, 2006

Respectfully Submitted,

S/William L. Bruckner
BRUCKNER & WALKER
4550 Kearny Villa Road, Ste 209
San Diego, CA 92123
(858) 565-8300 Telephone
Bill@BrucknerWalker.com
Attorneys for AEROPLATE Construction Corp

CERTIFICATE OF SERVICE

I hearby certify under penalty of perjury that o this 31th day of March 2006, a copy of the forgoing Status Report was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the courts system.

s/ Tiffany Adams