UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AEROPLATE CONSTRUCTION CORP.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; DEPARTMENT OF NATIONAL AERONAUTICS AND SPACE ADMINISTRATION,<br><br>Defendant. | USCFC No. 04-249C<br><br>Judge John P. Wiese |

## PLAINTIFF'S STATUS REPORT

The parties have reached a tentative settlement.

Defendant's Counsel is seeking authority from an authorized representative of the attorney general before the settlement can be finalized. Under the terms of the tentative settlement AEROPLATE will file a dismissal with prejudice upon receipt of payment from the United States. It is expected the entire process will take approximately 60 days. Unless this Court orders an interim status report Plaintiff will file a dismissal or a status report if for some reason settlement is not completed. This Status Report has been discussed with Defendant's counsel who has indicated concurrence with the contents of this Report.

Dated: April 25, 2006 Respectfully Submitted,

s/ William L. Bruckner
BRUCKNER & WALKER
4550 Kearny Villa Road, Ste 209
San Diego, CA 92123
(858) 565-8300 Telephone
Bill@BrucknerWalker.com
Attorneys for AEROPLATE Construction Corp

CERTIFICATE OF SERVICE

I hearby certify under penalty of perjury that o this 25th day of April 2006, a copy of the forgoing Status Report was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the courts system.

s/ Tiffany Adams