# In the United States Court of Federal Claims

No. 04-249C
Filed: July 20, 2006

| | |
|---|---|
| AEROPLATE CONSTRUCTION CORP., | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

ORDER

ESTABLISHING FILING DEADLINE

Pursuant to the court's May 15, 2006, order, plaintiff's status report was due on or before June 26, 2006. To date, the court has not received such a report. Accordingly, on or before July 27, 2006, in the event a stipulation for dismissal has not previously been filed, plaintiff shall file a status report advising the court as to the status of settlement and explaining the reasons why plaintiff did not follow the court's May 15 order.

s/John P. Wiese
John P. Wiese
Judge