UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AEROPLATE CONSTRUCTION CORP., Plaintiff, v. UNITED STATES OF AMERICA; DEPARTMENT OF NATIONAL AERONAUTICS AND SPACE ADMINISTRATION, Defendant. | ) | USCFC No. 04-249C<br><br>Judge John P. Wiese |

**PLAINTIFF'S STATUS REPORT**

The parties have entered into a written settlement agreement. A term of the settlement agreement is that the Plaintiff will dismiss its Complaint upon receipt of payment according to the terms of the settlement agreement.

According to NASA Plaintiff will receive one check by July 28, 2006. Another portion of the settlement will be paid from the Judgment Fund on a date uncertain but probably within 45 days from June 30, 2006.

Plaintiff requests this Court extend its deadline for filing a status report or a dismissal until August 30, 2006.

Dated: July 20, 2006

Respectfully Submitted,

s/ William L. Bruckner

William L. Bruckner
BRUCKNER & WALKER
4550 Kearny Villa Road, Ste 209
San Diego, CA 92123
(858) 565-8300 Telephone
Bill@BrucknerWalker.com
Attorneys for AEROPLATE Construction Corp

CERTIFICATE OF SERVICE

I hearby certify under penalty of perjury that o this 20th day of July 2006, a copy of the forgoing Status Report was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the courts system.

s/ Tiffany Adams