UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AEROPLATE CONSTRUCTION CORP., Plaintiff, v. UNITED STATES OF AMERICA; DEPARTMENT OF NATIONAL AERONAUTICS AND SPACE ADMINISTRATION, Defendant. | ) | USCFC No. 04-249C<br>Judge John P. Wiese |

**PLAINTIFF'S STATUS REPORT**

The parties have entered into a written settlement agreement. A term of the settlement agreement is that the Plaintiff will dismiss its Complaint upon receipt of payment according to the terms of the settlement agreement.

The portion of the settlement that was to be paid from the Judgment Fund on a date uncertain has not yet been received.

Plaintiff requests this Court extend its deadline for filing a status report or a dismissal until September 30, 2006.

Dated: August 30, 2006

Respectfully Submitted,

s/ William L. Bruckner
William L. Bruckner
BRUCKNER & WALKER
4550 Kearny Villa Road, Ste 209
San Diego, CA 92123
(858) 565-8300 Telephone
Bill@BrucknerWalker.com
Attorneys for AEROPLATE Construction Corp

CERTIFICATE OF SERVICE

I hearby certify under penalty of perjury that o this 30th day of Augustl 2006, a copy of the forgoing Status Report was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the courts system.

s/ Tiffany Adams