UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AEROPLATE CONSTRUCTION CORP.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; DEPARTMENT OF NATIONAL AERONAUTICS AND SPACE ADMINISTRATION,<br><br>Defendant. | USCFC No. 04-249C<br><br>Judge John P. Wiese |

**PLAINTIFF'S STATUS REPORT**

The parties have entered into a written settlement agreement. A term of the settlement agreement is that the Plaintiff will dismiss its Complaint upon receipt of payment according to the terms of the settlement agreement. All payments have been received.

On October 25, 2006 a stipulation for dismissal was transmitted to Defendant's counsel. The stipulation is being reviewed by the DOJ. Upon approval by Defendant the dismissal will be filed.

Dated: October 31, 2006

Respectfully Submitted,

s/William Bruckner

William L. Bruckner
BRUCKNER & WALKER
4550 Kearny Villa Road, Ste 209
San Diego, CA 92123
(858) 565-8300 Telephone
Bill@BrucknerWalker.com
Attorneys for AEROPLATE Construction Corp

CERTIFICATE OF SERVICE

I hearby certify under penalty of perjury that o this 31st day of October, 2006, a copy of the forgoing Status Report was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the courts system.

s/ Tiffany Adams