IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AEROPLATE CONSTRUCTION CORP., | ) | |
| Plaintiff, | ) | No. 04-249C |
| | ) | (Judge Wiese) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

STIPULATION OF DISMISSAL

In accordance with the terms of the Settlement Agreement of June 7, 2006, the parties, by and through, their respective counsel stipulate to a dismissal of this case with prejudice. Each party is to pay its own costs, attorney fees and expenses.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/ William Bruckner
WILLIAM BRUCKNER
Bruckner & Walker
4550 Kearny Villa Road
STE 209
San Diego, CA 92131
Tel: (858) 565-8300
Fax: (858) 565-0813

Attorney for Plaintiff

November 27, 2006

s/ Claudia Burke
CLAUDIA BURKE
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
Tel: (202) 353-9063
Fax: (202) 307-0972

Attorneys for Defendant

November 27, 2006

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 27th day of November 2006, a copy of the foregoing Joint Stipulation of Dismissal was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Claudia Burke